**FILED**

Date: 10/22/2021 @ 3:47pm via: email

Clerk, U.S. Bankruptcy
Orlando Division

# UNITED STATED BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In re:                                        CASE NO.: 6:21-bk-04261-LVV

Lydia H Crayton

Dba Shelf Overstocks

Debtor

_____/

## MOTION TO OBJECT FOR RELIEF FROM AUTOMATIC STAYAND TO REQUEST FOR AN HEARING

COMES NOW, Debtor, Lydia H Crayton (dba Shelf Overstocks), who respectfully file Response in Opposition to U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR RESIDENTIAL FUNDING MORTGAGE SECURITIES 1, INC. MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-SA2, Motion to Object for Relief From Automatic Stay and to Request for a Hearing, and shows this Honorable Court the following pertinent and necessary facts as follows:

The Motion for Relief from Automatic Stay should be **DENIED** on the ground of:

1) Opposing counsel for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR RESIDENTIAL FUNDING MORTGAGE SECURITIES 1, INC. MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-SA 2 did not file copies of loan documents, including filing and recording information necessary to establish a perfected security interest pursuant to Local Rule 4001-1(c)(1)(A).

2) The Debtor denies the judgment has been satisfied, Debtor have attempted, in good through faith, numerous times to settle this account in accordance and satisfaction to the rule of law UCC 3-311. Metro Legal of Minneapolis, MN served on February 19, 2020 an instrument to settle the debt in full to U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR RESIDENTIAL FUNDING MORTGAGE SECURITIES 1, INC. MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-SA 2 at their location

800 Nicolette Mall, Suite 2100, Minneapolis, MN 55402.

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR RESIDENTIAL FUNDING MORTGAGE SECURITIES 1, INC. MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-SA 2 and their counsel continue to mislead the courts on the facts they received settlement and have not returned instrument if there was a defect that needed to be cured pursuant to UCC 3-508.

3) On September 31, 2021 Debtor filed a Chapter 7 petition and satisfied the minimum requirements to file. As of the date of this Objection Debtor has filed the all necessary schedules and Statement of Intentions. The treatment and intentions of the subject property is clear.

4) The Trustee as of the date of this Objection has not abandoned the property.

5) Security interest in the subject property is not being significantly jeopardized by Debtor. Debtor due to threat and duress of the pending foreclosure, Covid-19 Pandemic, and the Creditor not satisfying the claim Debtor contacted servicer Provident Funding on October 06, 2021 to discuss a workout. As of October 11, 2021, Debtor submitted an application to modify the terms of the loan that has been conditionally approved through underwriting and being submitted for final review. Debtor has and is motivated to protect her collateral interest in subject property.

6) Debtor has a meeting of the creditors on November 02, 2021. Debtor may be recommended to transfer to a chapter 13 which would the automatic stay to remain so

7) Debtor has and is showing good faith efforts to work with Creditor and does not have minimal motivation to insure, preserve, or protect the collateral as counsel has stated. Debtor has continued motivation to preserve the interest in the property that debtor has domiciled at for more than fourteen years. The property has been highly cared for and maintained to this present day.

Debtor prays for the reasons stated above, that this Honorable Court will consider

what has been placed before them and enter an order vacating the order grated on October 01, 2021 Motion For Relief From Automatic Stay. The court should deny the Pending Motion so Debtor can continue without the duress to take the necessary steps to exercise any and all rights it may have to secure a permanent resolution in the collateral described herein.

Respectfully submitted, this 22st day of October, 2021,

By: *[signature]*

Lydia H Crayton All Rights Reserved and
Retained, without prejudice
c/o 9907 8th Street, Suite 736
Near [Gotha, Florida Republic [34734]]
dba Shelf Overstocks
docstomanage@gmail.com

## CERTIFICATE OF SERVICE

**I hereby certify that** a copy of the foregoing has been furnished to the parties listed on the attached service list via First Class Mail in accordance with the corresponding addresses listed on this 22st day of October, 2021 to the following parties.

ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
Attorney for Plaintiff
6409 Congress Ave., Suite 100
Boca Raton, Florida 33487

Dennis D Kennedy
P.O. Box 541848
Merritt Island, Fl 32954
United States Trustee- ORL7/13

Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, Fl 32801

By: _____

Lydia H. Crayton, All Rights Reserved and
Retained, without prejudice
c/o 9907 8th Street, Suite 736
Near [Gotha, Florida Republic [34734]]
docstomanage@protonmail.com