**[Doddos]** [District Order Denying, Disapproving, Overruling, or Striking]

ORDERED.

**Dated: December 7, 2021**

Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                          Case No.
                                                                6:21−bk−04261−LVV
                                                                Chapter 7

Lydia H Crayton
dba Shelf Overstocks

_____Debtor*_____/

### ORDER DENYING MOTION TO CONVERT UNDER CHAPTER 7 TO CASE UNDER CHAPTER 13

THIS CASE came on for consideration, without hearing, of the Motion to Convert Case Under Chapter 7 to Case under Chapter 13 filed by Debtor , Doc. # 35 . After review, the Court determines that the motion is deficient as follows:

> Service upon all creditors on the matrix using a current mailing matrix obtained from the Clerk of Court is not indicated or the current mailing matrix obtained from the Clerk of Court was not attached. Fed. R. Bankr. P. 2002(a), Fed. R. Bankr. P. 3015(g) and Local Rule 9013−3(e).

Accordingly it is

***ORDERED:***

The motion is denied to allow movant to file an amended motion.

The Clerk's Office is directed to serve a copy of this order on interested parties.

\*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.